Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

____4th_____ Division

SCANNED
JAN 12 2026
U.S. DISTRICT COURT MPLS

Alpacino Lewis

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Minnoapolis Police Departyment
The Villas at Bryn Mawr
Hennepin County Medical Center (HCMC)

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 26-cv-188-NEB/JFD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

RECEIVED
JAN 12 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alpacino Lewis |
| Address | 7605 S. Kingston |
| | Chicago, IL 60649 |
| | *City / State / Zip Code* |
| County | Cook |
| Telephone Number | 7739308170 |
| E-Mail Address | yamalewis5@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Minnoapolis Police Department |
| Job or Title *(if known)* | Officer/superivisor |
| Address | 19 N 4th St, |
| | Minneapolis, MN 55401 |
| | *City / State / Zip Code* |
| County | Hennepin |
| Telephone Number | 612-673-5701 |
| E-Mail Address *(if known)* | Minneapolis311@minneapolismn.gov |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | The Villas at Bryn Mawr |
| Job or Title *(if known)* | Healthcare Service worker |
| Address | 275 Penn Ave N, |
| | Minneapolis, MN 55405 |
| | *City / State / Zip Code* |
| County | Hennepin |
| Telephone Number | 612-377-4723 |
| E-Mail Address *(if known)* | none listed |

[✔] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Hennepin County Medical Center (HCMC)
Job or Title (if known): Ambulance Service worker
Address: 730 8th St. S,
City: Minneapolis    State: MN    Zip Code: 55415
County: Hennepin
Telephone Number: 612-873-3180
E-Mail Address (if known): none listed

[✔] Individual capacity    [ ] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:    State:    Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Plaintiff asserts violations of: Fourteenth Amendment — Right to personal safety, adequate medical care, bodily integrity, and freedom from deliberate indifference. Fourth Amendment — Right to be free from unreasonable seizure and excessive force. First Amendment — Right to be free from retaliation for protected complaints. Americans with Disabilities Act — Discrimination and denial of accommodations.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
N/A

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The Villas at Bryn Mawr facility located at 275 Penn Ave N, Minneapolis, MN 55405

B. What date and approximate time did the events giving rise to your claim(s) occur?
Nov-23rd-2023 at or about 3p

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Claim 1 — Failure to Protect and Denial of Medical Care by The Villas at Bryn Mawr Staff
On or about November 23, 2023, Plaintiff Alpacino Lewis was a patient at The Villas at Bryn Mawr in Minneapolis, Minnesota. Plaintiff was receiving mental-health treatment and rehabilitation for a gunshot wound. During this time, unknown supervisors and healthcare staff at The Villas at Bryn Mawr failed to act with reasonable care for Plaintiff's safety and medical needs. Staff ignored Plaintiff's visible physical pain, failed to monitor the condition of his gunshot wound, and failed to respond to repeated requests for medical attention. Plaintiff alleges that staff at The Villas at Bryn Mawr recklessly disregarded a substantial risk of serious physical and mental harm, causing his injury to worsen and his mental condition to deteriorate.On or around November 23, 2023, an Unknown Healthcare Service Worker at The Villas at Bryn Mawr called the Minneapolis Police Department in an attempt to have Plaintiff removed from the facility, despite Plaintiff not committing a crime and not posing a threat.Plaintiff was never charged with any crime related to the call, demonstrating that staff contacted police without lawful or medical justification and in disregard of Plaintiff's safety as a patient.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the events described above, I sustained both physical and emotional injuries. Physically, I experienced heightened stress responses, tension, and ongoing sleep disruption directly connected to the harm and instability caused by the incident. These symptoms affected my ability to function normally in daily life and to maintain the level of focus and well-being necessary for my academic and professional responsibilities.

In addition, the incident aggravated pre-existing trauma related to my past experiences with incarceration and community violence. This caused significant emotional distress, including anxiety, hypervigilance, and difficulty concentrating. These effects were not temporary; they required intentional management and time to recover.

Regarding medical treatment, I did not receive formal medical care at the time, primarily because I relied on self-management strategies and community-based support systems rather than clinical treatment. However, the impact on my mental and emotional health was substantial, and I continued coping with the effects in the weeks that followed.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that the court award me monetary compensation for the harm I sustained as a result of the events described above and require institutional changes through a consent decree to prevent similar harm from occurring in the future.

I am seeking a total of $1.4 million in damages. This amount reflects the significant physical, emotional, and psychological injuries I endured, including ongoing distress, disruption to my daily functioning, and the aggravation of prior trauma connected to my experiences with incarceration and community violence. These injuries impacted my well-being, my stability, and my ability to carry out my academic and professional responsibilities.

The damages I am requesting include compensation for the actual harm I suffered, as well as punitive damages to hold the responsible parties accountable and to deter similar conduct.

In addition to monetary relief, I ask that the court issue a consent decree requiring the defendants to adopt appropriate policy changes, oversight mechanisms, and accountability measures so that incidents of this nature are addressed and prevented going forward.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-10-2025

Signature of Plaintiff: Alacino Lewis
Printed Name of Plaintiff: Alacino Lewis

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number:
E-mail Address: